IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-78 |
| | ) | (29 U.S.C. § 439(c)) |
| | ) | |
| SHERYL A. HALEY | ) | |

2010 APR 29 PM 12:40
CLERK
U S DISTRICT COURT
FILED

## INFORMATION

The United States Attorney charges:

At all times material to this Information:

1. The defendant, SHERYL A. HALEY, held the office of Recording Secretary-Treasurer of International Brotherhood of Electrical Workers (IBEW) Union, AFL-CIO, Local Union 1914 (hereinafter, "IBEW Local 1914").

2. IBEW Local 1914 was a labor organization engaged in an industry affecting commerce within the meaning of Sections 402(i) and (j) of Title 29, United States Code, consisting of approximately 265 active members.

3. IBEW Local 1914 is governed by its own bylaws and the Constitution and Bylaws of the International Brotherhood of Electrical Workers.

4. Three officers of IBEW Local 1914 hold union credit cards: President, Vice-President and Recording Secretary-Treasurer. According to IBEW Local 1914's practices, all expenses related to the operation of the union may be charged on the union credit cards, and will be paid by the union.

## COUNT ONE

5. The matters set forth above at paragraphs one through four are hereby re-alleged and incorporated by reference as though fully set forth herein.

6. From in and around June 2005 until in and around August 2008, in the Western District of Pennsylvania, the defendant, SHERYL A. HALEY, did willfully destroy and cause to be destroyed records required to be maintained by Section 436 of Title 29, United States Code, that is, union credit card statements and receipts submitted to IBEW Local 1914 for reimbursement, which are records on matters required to be reported in the annual financial report of the IBEW Local 1914 required to be filed with the Secretary of Labor.

In violation of Title 29, United States Code, Section 439(c).

*/s/ Robert S. Cessar*
ROBERT S. CESSAR
Acting United States Attorney
PA ID No. 47736